IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID RIVERA** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 08-557** |
| **v.** | : | |
| | : | |
| **TROY LEVI, Warden, FDC-Phila** | : | |
| **Defendant.** | : | |

## O R D E R

   **AND NOW**, this 26th day of November, 2008, upon consideration of the Petition for Writ

of Habeas Corpus under 28 U.S.C. § 2254 filed by David Rivera, and the related submissions of

the parties, including petitioner's Motion for Temporary and Permanent Injunction, and the record

in this case, and the Report and Recommendation of United States Magistrate Judge Jacob P. Hart

dated August 22, 2008, a copy of the Report and Recommendation having been served on

petitioner by certified mail prior to October 29, 2008,[1] and petitioner having filed no objections, **IT

IS ORDERED**  as follows:

   1.  The Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated

August 22, 2008, is **APPROVED** and **ADOPTED**;

   2.  The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by David Rivera is

**DENIED**;

   3.  David Rivera's Motion for Temporary and Permanent Injunction is **DENIED AS**

**MOOT**; and,

   4.  A certificate of appealability will not issue because reasonable jurists would not debate

---

   [1]Petitioner failed to provide the Court with his current address.  Nevertheless, the Court
was able to located him at 11629 Bentry Street, Orlando, Florida 32810, the address at which he
was served with a copy of the Report and Recommendation.

whether the petition states a valid claim of the denial of a constitutional right or this Court's

procedural rulings with respect to petitioner's claims.  See 28 U.S.C. § 2253(c)(2); Slack v.

McDaniel, 529 U.S. 473, 484 (2000).


**BY THE COURT:**


**/s/ Honorable Jan E. DuBois**
**JAN E. DuBOIS, J.**